# United States Court of Appeals

## For the First Circuit

_____

No. 98-1036

ASSOCIATION OF INTERNATIONAL AUTOMOBILE
MANUFACTURERS, INC., DAIMLERCHRYSLER CORPORATION,
FORD MOTOR COMPANY, GENERAL MOTORS CORPORATION
AND MASSACHUSETTS STATE AUTOMOBILE DEALERS
ASSOCIATION, INC.,
Plaintiffs, Appellees,

v.

COMMISSIONER, MASSACHUSETTS DEPARTMENT OF
ENVIRONMENTAL PROTECTION,
Defendant, Appellant.

_____

No. 99-2245

ALLIANCE OF AUTOMOBILE MANUFACTURERS;
ASSOCIATION OF INTERNATIONAL AUTOMOBILE
MANUFACTURERS, INC.,
Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
Respondent.

_____

COMMONWEALTH OF MASSACHUSETTS,
Intervenor.

_____

ERRATA SHEET

The opinion of this court issued on March 27, 2000 is amended as
follows:

Page 3, line 14 should read:  " . . . 163 **F.3d** 174 . . ."
Page 4, line 3 should read: " . . . 163 **F.3d** 174."
Page 6, line 18 should read: " . . . 163 **F.3d** 174."